

**FILED**

FEB 1 9 2013

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                Plaintiff,

    vs.

MIGUEL TORRES,

                Defendant.

CASE NO. 11CR5524-H

**JUDGMENT OF DISMISSAL**

       IT APPEARING that the defendant is now entitled to be discharged for the reason that:

____ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment/Information:

18 USC 371 CONSPIRACY; 18 USC 1324(a)(2)(B)(ii), (a)(1)(B)(I) and (v)

(II) - Transportation of Illegal Aliens and Aiding and Abetting

       IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 2/19/13

William McCurine, Jr.
U.S. Magistrate Judge